**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
(State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

    TKLB, LLC

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

    Tilted Kilt Pub & Eatery Long Beach

3. **Debtor's federal Employer Identification Number** (EIN)

    2 7 – 0 9 3 8 6 8 6

4. **Debtor's address**

    **Principal place of business**

    6575    E Pacific Coast Hwy
    Number    Street

    Unit J-1

    Long Beach    CA    90803
    City    State    ZIP Code

    Los Angeles
    County

    **Mailing address, if different from principal place of business**

    35    N Arroyo Parkway, Suite 240
    Number    Street

    _____
    P.O. Box

    Pasadena    CA    91103
    City    State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____

    _____
    City    State    ZIP Code

5. **Debtor's website** (URL)    www.tiltedkilt.com/long-beach/

6. **Type of debtor**

    ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor  TKLB, LLC
_____
Name

Case number (*if known*)_____

---

**7. Describe debtor's business**

A. *Check one:*

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Railroad (as defined in 11 U.S.C. § 101(44))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply:*

❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7 2 2 5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
❏ Chapter 9
❏ Chapter 11. *Check all that apply*:

    ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ❏ A plan is being filed with this petition.

    ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❏ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No
❏ Yes.  District _____  When _____  Case number _____
                                                              MM / DD / YYYY

           District _____  When _____  Case number _____
                                                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No
❏ Yes.  Debtor _____  Relationship _____
       District _____  When _____
                                                                            MM / DD / YYYY
       Case number, if known _____

---

Debtor   TKLB, LLC _____   Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❑ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** 6575 E Pacific Coast Hwy
Number    Street

Unit J-1

Long Beach                                         CA        90803
City                                               State     ZIP Code

**Is the property insured?**

❑ No

■ Yes. Insurance agency  Tagrisk Insurance Services LLC

Contact name  Larry Anaya

Phone  (714) 553-9171

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❑ 1-49         ❑ 1,000-5,000       ❑ 25,001-50,000
■ 50-99        ❑ 5,001-10,000      ❑ 50,001-100,000
❑ 100-199      ❑ 10,001-25,000     ❑ More than 100,000
❑ 200-999

**15. Estimated assets**

❑ $0-$50,000              ❑ $1,000,001-$10 million       ❑ $500,000,001-$1 billion
■ $50,001-$100,000        ❑ $10,000,001-$50 million      ❑ $1,000,000,001-$10 billion
❑ $100,001-$500,000       ❑ $50,000,001-$100 million     ❑ $10,000,000,001-$50 billion
❑ $500,001-$1 million     ❑ $100,000,001-$500 million    ❑ More than $50 billion

Debtor  TKLB, LLC
      Name

Case number (*if known*) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ■ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/15/2016
             MM / DD / YYYY

✗ /s/ Dale Okuno             Dale Okuno
Signature of authorized representative of debtor     Printed name

Title  Owner

**18. Signature of attorney**

✗ /s/ Michael I. Gottfried       Date  07/15/2016
Signature of attorney for debtor            MM / DD / YYYY

Michael I. Gottfried
Printed name

Landau Gottfried & Berger LLP
Firm name

1801     Century Park East, Suite 700
Number    Street

Los Angeles           CA       90067
City                    State      ZIP Code

310-557-0050         mgottfried@lgbfirm.com
Contact phone            Email address

146689                CA
Bar number              State

## ACTION BY WRITTEN CONSENT OF THE SOLE MEMBER
## AND OWNER OF TKLB, LLC

Dale Okuno (the "Sole Owner"), who is the sole member and 100% owner of TKLB, LLC, a Limited Liability Company (the "Company"), hereby adopts the following resolutions on this 13 day of July 2016.

**RESOLVED**, that it is in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED**, that the Sole Owner is authorized, empowered and directed, in the name and on behalf of the Company, to execute a petition for relief under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, at such time as said officer executing the same shall determine; and

**RESOLVED**, that the Law Firm of Landau Gottfried & Berger LLP, 1801 Century Park East, Suite 700, Los Angeles, CA 90067 shall be employed as attorneys for the Company to file the Company's Chapter 7 case; and

**IN WITNESS WHEREOF**, the Sole Owner has set his hand this 13 day of July 2016.

_____
Dale Okuno

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL I. GOTTFRIED (State Bar No. 146689)<br>mgottfried@lgbfirm.com<br>LANDAU GOTTFRIED & BERGER LLP<br>1801 Century Park East, Suite 700<br>Los Angeles, California 90067<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056 | |
| ☒ *Attorney for:* Debtor TKLB, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>TKLB, LLC<br><br><br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 7 |
|---|---|
| <br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Dale Okuno_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Dale Okuno - 100% ownership

    [For additional names, attach an addendum to this form.]

  b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 07/15/2016

By: /s/ Dale Okuno
Signature of Debtor, or attorney for Debtor

Name: Dale Okuno
Printed name of Debtor, or attorney for Debtor

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 2          **F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

CENTRAL DISTRICT OF CALIFORNIA

In re   TKLB, LLC

Case No. _____

**Debtor**                                           Chapter  7_____

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $\_\_\_\_\_15,000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $\_\_\_\_\_15,000.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify)   Payment was made by Debtor's current owner Dale Okuno

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/15/2016
*Date*

*Signature of Attorney*

Landau Gottfried & Berger LLP
*Name of law firm*

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   N/A

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   N/A

3. (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   N/A

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Pasadena , California

Date: 07/15/2016

/s/ Dale Okuno
Signature of Debtor

Signature of Joint Debtor

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 1015-2.1.STMT.RELATED.CASES**

Alliyah Becerra
10909 Amery Ave.
South Gate, CA 90280


Alyssa Fregoso
180 E 68th Way
Long Beach, CA 90805


AM PM Maintenance Services Inc.
P.O. Box 2268
Oceanside, CA  92051


American Express Merchant
200 Vesey Street.
New York, NY 10285-3106


Anheuser-Busch Beach Cities
File 54848
Los Angeles, CA  90074-4848


Big Red Bus
6400 E Pacific Coast Hwy.
Long Beach, CA 90803


Braun Linen Service Inc.
16530 S. Garfield
Box 348
Paramount, CA 90723


City of Long Beach
333 W Ocean Blvd.
Long Beach, CA 90802

Commercial Air & Refrigeration
11671 Sterling Ave.
Riverside, CA 92503


Cozzini Bros., Inc.
350 Howard Ave.
Des Plaines, IL 60018


CR&R
PO Box 206
Stanton, CA 90680


Dale Okuno
35 N Arroyo Parkway, #240
Pasadena, CA  91103


Daniels Western Meat Packers, Inc.
PO Box #936
Pico Rivera, CA 90660


Deidra Spinler
7822 Newman Ave., Apt C
Huntington Beach, CA 92647


Destiny Juarez
906 Eaglemont Dr.
Whitter, CA 90601


Dewey Pest Control
1833 E Artesia Blvd.
Long Beach, CA 90805

DirecTV
PO Box 60036
Los Angeles, CA 90060-0036


Dish TV
PO Box 9033
Littleton, CO 80160


Ecolab
PO Box #100512
Pasadena, CA 91189-0512


Enviro-Master
PO Box #12350
Charlotte, NC 28220


Eric Shea
2962 Tigertail Dr.
Los Alamitos, CA  90720


Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407


G4 Technologies
6402 South Troy Circle
Suite #300
Centennial, CO 80111


Harbor Distributing, LLC
PO Box #842685
Los Angeles, CA 90084-2685

Hot Schedules
6504 Bridge Point Parkway, #425
Austin, TX 78730


Huntington Beach Propane
18961 Gothard St.
Huntington Beach, CA 92648


Intuit
2632 Marine Way
Mountain View, CA 94043


Nationwide
PO Box 514540
Los Angeles, CA 90051-4540


NCR
3097 Satellite Blvd.
Duluth, GA 30096


NuCO2 LLC
PO Box 417902
Boston, MA 02241-7902


Outlaw Printing
7868 Millikan Ave.
Rancho Cucamonga, CA 91730


Pacific Castle Long Beach LP
PO Box 745879
Los Angeles, CA 90074-5879

Payday OneSource
625 The City Dr S, Suite 250
Orange, CA 92868


Preslie Lebrom
5360 Halifax Dr.
Cypress, CA  90630


Rachel Whitney
27015 N 52nd Glen
Phoenix, AZ 85083


Restaurant Technologies
12962 Collections Center Dr.
Chicago, IL 60693


Rayne Water Systems
17835 Skypark Cr., Ste. M
Irvine, CA  92614


Righteous Clothing
11495 SE Hwy 212
Clackamas, OR 97015


SCA Industries
2430 S. Ola Vista
San Clemente, CA  92672


SDCR Business Systems
7940 Arjons Dr.
San Diego, CA 92126

SESAC
55 Music Square East
Nashville, TN 37203


Shamrock Foods Company
P.O. Box 843539
Los Angeles, CA 90084-3539


Southern California Edison
P.O. Box 300
Rosemead, CA 91772


Southern Wine & Spirits
File 56002
Los Angeles, CA 90074-6002


Stone Brewing Co.
2865 Executive Place
Escondido, CA 92029


Tagrisk Insurance Services LLC
7755 Center Ave., Ste 605
Huntington Beach, CA  92647


Tilted Kilt Operating, LLC
Attn: Logan Reves
664 W. Warner Rd.
Tempe, AZ 85284


Vega Cleaning Service
45115 15th St. W.
Lancaster, CA  93534

Wasserstrom
477 S. Front St.
Columbus, OH 43215


West Central Produce Inc.
12840 Leyva St.
Norwalk, CA 90650


Westar Plumbing Company
17065 Palmdale Lane
Huntington Beach, CA 92647


Wine Warehouse
PO Box 910900
Los Angeles, CA 90091-0900


WorldPay
600 Morgan Falls Rd.
Atlanta, GA 30350


Young's Market Company
P.O. Box 30145
Los Angeles, CA 90030-0145