ROSENDO GONZALEZ (State Bar No. 137352)
CHAPTER 7 TRUSTEE
530 S. Hewitt Street, Suite 148
Los Angeles, California 90013
Telephone (213) 452-0070
Facsimile (213) 452-0080
E-mail: rossgonzalez@gonzalezplc.com

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>TKLB, LLC,<br><br>    Debtor. | BK. No. 2:16-bk-19418-ER<br>    [Chapter 7]<br><br>DECLARATION OF ROSENDO GONZALEZ RE: SALE REPORT OF DEBTOR'S PERSONAL PROPERTY [LIQUOR LICENSE]<br><br>[F.R.B.P. RULE 6004]<br><br><br>[No Hearing Scheduled] |

**DECLARATION OF ROSENDO GONZALEZ**

I, Rosendo Gonzalez, declare as follows:

1.     I am an attorney duly admitted to practice before this Court and in the State of California. I am the duly appointed Chapter 7 trustee in this bankruptcy case.

2.     I have personal knowledge of the following and if called upon to testify I could and would do so competently.

3.   Based on my review of the filed pleadings, I have learned that this case was commenced by TKLB, LLC (the "Debtor") with the filing of a voluntary Chapter 7 petition under the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, on July 15, 2016 [OFFICIAL DOCKET NO. 1].

4.   In Schedule "B," filed on July 28, 2016, the Debtor identified a number of assets, including miscellaneous restaurant furniture, two washing machines, and miscellaneous kitchen equipment (collectively, "Restaurant Equipment")[OFFICIAL DOCKET NO. 11].

5.   On August 23, 2016, we filed and served notice of abandonment as to the Restaurant Equipment [OFFICIAL DOCKET NO. 26].

6.   On October 24, 2016, we filed and served the motion seeking authority to sell the bankruptcy estate's interest in a type-47 - sale general eating place liquor license - number 47-506212 (the "Liquor License") for the amount of $65,00), using ABC Escrow to conduct the sale transaction (the "Motion to Sell")[OFFICIAL DOCKET NO. 33].

7.   On November 30, 2016, an order was entered approving the Motion to Sell [OFFICIAL DOCKET NO. 38].

8.   The sale transaction for the Liquor License was completed, and I received the $65,000 purchase amount. Copies of the ABC Escrow's cover letter, Seller's closing statement and the $65,000 check are attached hereto and are collectively incorporated herein as Exhibit "1."

///

///

S:\home\3629\3629.001.declaration auctioneer report.wpd
4/29/19  RG

-2-

9.      In reviewing the closing statement, Motion to Sell [and comparing the item marketed and sold], I concluded that the closing statement and sale transaction were accurate, satisfactory and in compliance with Rule 6004 of the Federal Rules of Bankruptcy Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of April, 2019, at Los Angeles, California.

_____
ROSENDO GONZALEZ

# EXHIBIT 1



2222 Damon Street
Los Angeles, CA 90021
Tel: (213) 417-2341
Fax: (213) 417-2339

TKLB LLC
C/o Rosendo Gonzalez, Chapter 7 Trustee
530 S. Hewitt St, #148
Los Angeles, CA 90013

Date: August 21, 2018
Escrow No.: 16096-AS

RE:     Property Address:     6575 E PACIFIC COAST HWY, Long Beach, CA 90803

Dear TKLB LLC,

We are pleased to inform you that the above referenced escrow was closed on **August 21, 2018** and we enclose the following for your records:

☒    Our Check in the amount of $65,000.00 representing your proceeds.
☒    Final Closing Statement.

It has been a pleasure handling your escrow. We look forward to servicing your future liquor license transactions.

ABC Escrow

*[signature]*
Araseli Sanchez

KA



2222 Damon Street
Los Angeles, CA 90021
Tel: (213) 417-2341 • Fax: (213) 417-2339

## SELLER'S CLOSING STATEMENT
Final

File No.: 16096-AS
Officer/Escrow Officer: Araseli Sanchez

Printed Date/Time:  08/21/2018 - 1:54:40PM
Page       1 of 1
Closing Date:       08/21/2018
Disbursement Date:  08/21/2018

Buyer/Borrower: 2000 E 7TH ST LLC

Seller: TKLB LLC

Property: 6575 E PACIFIC COAST HWY, Long Beach, CA  90803

| DESCRIPTION | DEBITS | CREDITS |
|---|---|---|
| TOTAL CONSIDERATION | | 65,000.00 |
| ADDITIONAL DISBURSEMENTS: | | |
| Paid Per Court Order: Rosendo Gonzalez, Chapter 7 Bankruptcy Trustee | 65,000.00 | |
| SUBTOTALS | 65,000.00 | 65,000.00 |
| TOTALS | 65,000.00 | 65,000.00 |

Araseli Sanchez, Escrow Officer



ABC ESCROW - Escrow Trust Account • Los Angeles, CA 90021

Check No. 31794

Check Amount $65,000.00

31794

| Date | Escrow No. |
|---|---|
| 8/21/2018 | 16...-AS |

Payee: Rosendo Gonzalez, Chapter 7 Bankruptcy Trustee
Buyer: 2000 E 7TH ST LLC
Seller: TKLB LLC
Property: 6575 E PACIFIC COAST HWY, Long Beach, CA 90803
Charge Detail:
  Paid Per Court Order          65,000.00

Reference:
Memo 1: Paid per Court Order - Chapter 7 Bankruptcy for TKLB LLC
Memo 2:

We Appreciate Your Business!

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

530 S. Hewitt Street #148, Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ROSENDO GONZALEZ RE: AUCTIONEER REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 29, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Ronald K Brown    ron@rkbrownlaw.com
- Rosendo Gonzalez (TR)    rgonzalez@ecf.axosfs.com, rossgonzalez@gonzalezplc.com;jzavala@gonzalezplc.com;cmorales@gonzalezplc.com
- Michael I Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- Amelia Puertas-Samara    itcdbgc@edd.ca.gov, itcdgc@edd.ca.gov
- David Seror    dseror@bg.law, ecf@bg.law
- Eric Tsai    etsai@mauricewutscher.com, litigation@mauricewutscher.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On **April 29, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED LIST**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 29, 2019 | Jocelyne Zavala | /s/Jocelyne Zavala |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

S:\home\3629\3629.001.declaration auctioneer report.wpd
4/29/19 RG                                        -4-

**ADDITIONAL SERVICE INFORMATION**

**VIA U.S. MAIL:**

**Debtor**
TKLB, LLC
6575 E. Pacific Coast Highway, Unit J-1
Long Beach, CA 90803

**Bankruptcy Judge**
The Honorable Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, #1560
Los Angeles, CA 90012

SLBIGGS

10960 Wilshire Blvd 7th Fl

Los Angeles, CA 90024

```
S:\home\3629\3629.001.declaration auctioneer report.wpd
4/29/19 RG                          -5-
```