# UNITED STATES BANKRUPTCY COURT
## CENTRAL **DISTRICT OF** CALIFORNIA
### LOS ANGELES **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TKLB, LLC | § | Case No. 2:16-bk-19418-ER |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROSENDO GONZALEZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 40,480.44<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 24,365.67 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 47,437.33 | |

3) Total gross receipts of $ 71,803.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 71,803.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 47,437.33 | 47,437.33 | 47,437.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 10,226.77 | 53,510.30 | 53,510.30 | 24,365.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,217,434.21 | 397,327.78 | 395,271.78 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,227,660.98 | $ 498,275.41 | $ 496,219.41 | $ 71,803.00 |

4)  This case was originally filed under chapter 7 on  07/15/2016 .  The case was pending for 39 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/10/2019                    By:/s/ROSENDO GONZALEZ
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SECURITY DEPOSITS | 1129-000 | 3.00 |
| TAX REFUNDS, OTHER - [AAR] | 1224-000 | 6,800.00 |
| LIQUOR LICENSE - [AAR] | 1229-000 | 65,000.00 |
| TOTAL GROSS RECEIPTS | | $71,803.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GONZALEZ, ROSENDO | 2100-000 | NA | 6,840.15 | 6,840.15 | 6,840.15 |
| TRUSTEE EXPENSES:GONZALEZ, ROSENDO | 2200-000 | NA | 170.74 | 170.74 | 170.74 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 26.22 | 26.22 | 26.22 |
| UNION BANK | 2600-000 | NA | 195.00 | 195.00 | 195.00 |
| STATE OF CALIFORNIA BANKRUPTCY | 2820-000 | NA | 2,649.10 | 2,649.10 | 2,649.10 |
| PAYDAY PAYROLL SERVICE | 2990-000 | NA | 377.50 | 377.50 | 377.50 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SEROR, DAVID | 3210-000 | NA | 20,574.50 | 20,574.50 | 20,574.50 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):SEROR, DAVID | 3220-000 | NA | 800.74 | 800.74 | 800.74 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):SLBIGGS | 3410-000 | NA | 15,494.00 | 15,494.00 | 15,494.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):SLBIGGS | 3420-000 | NA | 309.38 | 309.38 | 309.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 47,437.33 | $ 47,437.33 | $ 47,437.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alyssa Fregoso 180 E 68th Way Long Beach, CA 90805 | | 70.69 | NA | NA | 0.00 |
| | Angel Le 17065 San Bruno St., Apt. L Fountain Valley, CA 92708 | | 160.65 | NA | NA | 0.00 |
| | Destiny Juarez 906 Eaglemont Dr. Whitter, CA 90601 | | 86.19 | NA | NA | 0.00 |
| 000012A | PACIFIC CASTLE NEWPORT I, LLC, ET A | 5200-000 | NA | 43,642.79 | 43,642.79 | 19,872.54 |
| 000001A | SHAMROCK FOODS COMPANY | 5200-000 | 9,909.24 | 9,867.51 | 9,867.51 | 4,493.13 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$ 10,226.77** | **$ 53,510.30** | **$ 53,510.30** | **$ 24,365.67** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AM PM Maintenance Services Inc. P.O. Box 2268 Oceanside, CA 92051 | | 0.00 | NA | NA | 0.00 |
| | Alliyah Becerra 10909 Amery Ave. South Gate, CA 90280 | | 183.95 | NA | NA | 0.00 |
| | American Express Merchant 200 Vesey Street. New York, NY 10285-3106 | | 0.00 | NA | NA | 0.00 |
| | Anheuser-Busch Beach Cities File 54848 Los Angeles, CA 90074-4848 | | 1,688.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Big Red Bus<br>6400 E Pacific Coast Hwy.<br>Long Beach, CA 90803 | | 0.00 | NA | NA | 0.00 |
| | Braun Linen Service Inc.<br>16530 S. Garfield, Box 348<br>Paramount, CA 90723 | | 1,313.70 | NA | NA | 0.00 |
| | CR&R<br>PO Box 206 Stanton, CA<br>90680 | | 500.56 | NA | NA | 0.00 |
| | Commercial Air &<br>Refrigeration<br>11671 Sterling Ave.<br>Riverside, CA 92503 | | 2,110.95 | NA | NA | 0.00 |
| | Daniels Western Meat<br>Packers, Inc.<br>PO Box #936 Pico Rivera, CA<br>90660 | | 1,221.70 | NA | NA | 0.00 |
| | Deidra Spinler<br>7822 Newman Ave., Apt C<br>Huntington Beach, CA 92647 | | 17.29 | NA | NA | 0.00 |
| | Dewey Pest Control<br>1833 E Artesia Blvd. Long<br>Beach, CA 90805 | | 147.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DirecTV PO Box 60036 Los Angeles, CA 90060-0036 | | 839.79 | NA | NA | 0.00 |
| | Dish TV PO Box 9033 Littleton, CO 80160 | | 0.00 | NA | NA | 0.00 |
| | Ecolab PO Box #100512 Pasadena, CA 91189-0512 | | 168.36 | NA | NA | 0.00 |
| | Enviro-Master PO Box #12350 Charlotte, NC 28220 | | 456.99 | NA | NA | 0.00 |
| | Eric Shea 2962 Tigertail Dr. Los Alamitos, CA 90720 | | 73.82 | NA | NA | 0.00 |
| | Frontier Communications PO Box 740407 Cincinnati, OH 45274-0407 | | 611.34 | NA | NA | 0.00 |
| | G4 Technologies 6402 South Troy Circle, Suite 300 Centennial, CO 80111 | | 95.00 | NA | NA | 0.00 |
| | Hot Schedules 6504 Bridge Point Parkway, #425 Austin, TX 78730 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Huntington Beach Propane 18961 Gothard St. Huntington Beach, CA 92648 | | 0.00 | NA | NA | 0.00 |
| | Intuit 2632 Marine Way Mountain View, CA 94043 | | 0.00 | NA | NA | 0.00 |
| | NCR 3097 Satellite Blvd. Duluth, GA 30096 | | 0.00 | NA | NA | 0.00 |
| | Nationwide PO Box 514540 Los Angeles, CA 90051-4540 | | 2,703.58 | NA | NA | 0.00 |
| | NuCO2 LLC PO Box 417902 Boston, MA 02241-7902 | | 565.99 | NA | NA | 0.00 |
| | Outlaw Printing 7868 Millikan Ave. Rancho Cucamonga, CA 91730 | | 0.00 | NA | NA | 0.00 |
| | Payday OneSource 625 The City Dr S, Suite 250 Orange, CA 92868 | | 0.00 | NA | NA | 0.00 |
| | Preslie Lebrom 5360 Halifax Dr. Cypress, CA 90630 | | 233.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rachel Whitney 27015 N 52nd Glen Phoenix, AZ 85083 | | 297.80 | NA | NA | 0.00 |
| | Rayne Water Systems 17835 Skypark Cr., Suite M Irvine, CA 92614 | | 110.25 | NA | NA | 0.00 |
| | Restaurant Technologies 12962 Collections Center Dr. Chicago, IL 60693 | | 920.52 | NA | NA | 0.00 |
| | Righteous Clothing 11495 SE Hwy 212 Clackamas, OR 97015 | | 0.00 | NA | NA | 0.00 |
| | SCA Industries 2430 S. Ola Vista San Clemente, CA 92672 | | 80.00 | NA | NA | 0.00 |
| | SDCR Business Systems 7940 Arjons Dr. San Diego, CA 92126 | | 0.00 | NA | NA | 0.00 |
| | SESAC 55 Music Square East Nashville, TN 37203 | | 1,181.80 | NA | NA | 0.00 |
| | Scott Groveunder 6153 Briercrest Lakewood, CA 90713 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stone Brewing Co. 2865 Executive Place Escondido, CA 92029 | | 236.60 | NA | NA | 0.00 |
| | Tilted Kilt Operating, LLC 664 W. Warner Rd. Tempe, AZ 85284 | | 0.00 | NA | NA | 0.00 |
| | Vega Cleaning Service 45115 15th St. W. Lancaster, CA 93534 | | 660.00 | NA | NA | 0.00 |
| | Wasserstrom 477 S. Front St. Columbus, OH 43215 | | 911.93 | NA | NA | 0.00 |
| | West Central Produce Inc. 12840 Leyva St. Norwalk, CA 90650 | | 560.15 | NA | NA | 0.00 |
| | WorldPay 600 Morgan Falls Rd. Atlanta, GA 30350 | | 0.00 | NA | NA | 0.00 |
| | Young's Market Company P.O. Box 30145 Los Angeles, CA 90030-0145 | | 2,780.61 | NA | NA | 0.00 |
| 000017 | AMTRUST NORTH AMERICA, INC. ON BEHA | 7100-000 | NA | 2,056.00 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | AMTRUST NORTH AMERICA, INC. ON BEHA | 7100-000 | NA | 12,569.00 | 12,569.00 | 0.00 |
| 000014 | CITY OF LONG BEACH | 7100-000 | 2,502.58 | 2,469.68 | 2,469.68 | 0.00 |
| 000003 | COZZINI BROS., INC. | 7100-000 | 84.00 | 84.00 | 84.00 | 0.00 |
| 000011 | DALE OKUNO | 7100-000 | 2,142,025.00 | 68,308.50 | 68,308.50 | 0.00 |
| 000002 | HARBOR DISTRIBUTING | 7100-000 | 11,373.65 | 11,382.90 | 11,382.90 | 0.00 |
| 000012B | PACIFIC CASTLE NEWPORT I, LLC, ET A | 7100-000 | 27,857.26 | 279,081.24 | 279,081.24 | 0.00 |
| 12B | PACIFIC CASTLE NEWPORT I, LLC, ET A | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 0001A | SHAMROCK FOODS COMPANY | 7100-000 | NA | 115.18 | 115.18 | 0.00 |
| 000005 | SOUTHERN CALIFORNIA EDISON COMPANY | 7100-000 | 5,671.18 | 6,627.11 | 6,627.11 | 0.00 |
| 000007 | SOUTHERN WINE & SPIRITS | 7100-000 | 3,881.30 | 3,843.60 | 3,843.60 | 0.00 |
| 000008 | STATE BOARD OF EQUALIZATION | 7100-000 | NA | 313.00 | 313.00 | 0.00 |
| 000009 | TYCO INTEGRATED SECURITY LLC | 7100-000 | 627.79 | 3,919.40 | 3,919.40 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | TYCO INTEGRATED SECURITY LLC | 7100-000 | NA | 2,680.08 | 2,680.08 | 0.00 |
| 000013 | WELLS FARGO BANK, N.A. | 7100-000 | NA | 940.68 | 940.68 | 0.00 |
| 000004 | WESTAR PLUMBING COMPANY | 7100-000 | 1,351.43 | 1,552.06 | 1,552.06 | 0.00 |
| 000006 | WINE WAREHOUSE | 7100-000 | 1,387.60 | 1,385.35 | 1,385.35 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,217,434.21 | $ 397,327.78 | $ 395,271.78 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 16-19418 | ER | Judge: ERNEST M. ROBLES |
|---|---|---|---|
| Case Name: | TKLB, LLC | | |

For Period Ending:  09/10/19

| | |
|---|---|
| Trustee Name: | ROSENDO GONZALEZ |
| Date Filed (f) or Converted (c): | 07/15/16 (f) |
| 341(a) Meeting Date: | 08/16/16 |
| Claims Bar Date: | 11/21/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. SECURITY DEPOSITS<br>  Security Deposit held by Pacific Castle Long Beach LP, landlord of<br>  6575 Pacific Coast Hwy, Unit J-1 | 23,500.00 | 23,500.00 | | 3.00 | FA |
| 2. INVENTORY<br>  Food, beverages, merchandise | 40,480.44 | 40,480.44 | | 0.00 | FA |
| 3. OFFICE EQUIPMENT<br>  Miscellaneous restaurant furniture | Unknown | 0.00 | | 0.00 | FA |
| 4. MACHINERY<br>  Two dishwashing machines leased from Ecolab | 0.00 | 0.00 | | 0.00 | FA |
| 5. LIQUOR LICENSE - [AAR] (u)<br>  12/01/16 [D38] - LIQUOR LICENSE - ORDER OF SALE OF<br>  ESTATES INTEREST IN LIQUOR LICENSE FREE & CLEAR<br>  ENTERED | 0.00 | 65,000.00 | | 65,000.00 | FA |
| 6. TAX REFUNDS, OTHER - [AAR] (u) | 0.00 | 6,800.00 | | 6,800.00 | FA |
| 7. LEASE - 6575 E PCH, LONG BEACH<br>  @08/23/16 - [D-26] NOTICE TO ABANDON INTEREST IN REAL &<br>  PERSONAL PROPERTY | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $63,980.44 | $135,780.44 | | $71,803.00 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    2

Exhibit 8

| Case No: | 16-19418 | ER | Judge: ERNEST M. ROBLES |
|---|---|---|---|
| Case Name: | TKLB, LLC | | |

Trustee Name:    ROSENDO GONZALEZ
Date Filed (f) or Converted (c):    07/15/16 (f)
341(a) Meeting Date:    08/16/16
Claims Bar Date:    11/21/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

As of December 30, 2018, the tax clearance period has expired.  At this time the Trustee anticipates being in a position to file his final report by the end of the first quarter of 2019.

The Trustee has finalized the sale of the liquor license. The proceeds $65,000 of the liquor license sale have been received.  The Trustee has received proceeds in the amount of $6,800 from the turnover of the tax refund.

ANNUAL REPORT PERIOD FROM 10/01/2016 TO 09/30/2017

GENERAL:

This case was commenced with the filing of a voluntary petition under Chapter 7 of the Bankruptcy Code by TKLB, LLC (the "Debtor") on July 15, 2016.   The Trustee conducted the initial meeting of the creditors on August 16, 2016.

@08/18/2016 - The Trustee's counsel and accountant are in the process of investigating assets to determine whether an asset recovery is beneficial to the bankruptcy estate.

@08/18/2016 - Notification of asset case and the claims bar date have been filed and set.

PROFESSIONAL:

@08/24/2016 - Order to employ general counsel, Brutzkus Gubner was entered.

@08/19/2016 - Order to employ the accountant, SLBiggs was entered.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 16-19418    ER    Judge: ERNEST M. ROBLES | Trustee Name: | ROSENDO GONZALEZ |
| Case Name: | TKLB, LLC | Date Filed (f) or Converted (c): | 07/15/16 (f) |
| | | 341(a) Meeting Date: | 08/16/16 |
| | | Claims Bar Date: | 11/21/16 |

INSURANCE:

Currently there are no assets requiring insurance.

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 03/31/19

/s/    ROSENDO GONZALEZ

_____    Date: _____

ROSENDO GONZALEZ

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 16-19418 -ER | Trustee Name: | ROSENDO GONZALEZ |
|---|---|---|---|
| Case Name: | TKLB, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0063  Checking Account |
| Taxpayer ID No: | 27-0938686 | | |
| For Period Ending: | 09/10/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/01/19 | | Trsf In From UNION BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 71,204.28 | | 71,204.28 |
| 08/07/19 | 004001 | ROSENDO GONZALEZ GONZALEZ & ASSOCIATES, PLC 530 S. HEWITT ST., SUITE 148 LOS ANGELES, CA 90013 | Chapter 7 Compensation/Fees | 2100-000 | | 6,840.15 | 64,364.13 |
| 08/07/19 | 004002 | ROSENDO GONZALEZ GONZALEZ & ASSOCIATES, PLC 530 S. HEWITT ST., SUITE 148 LOS ANGELES, CA 90013 | Chapter 7 Expenses | 2200-000 | | 170.74 | 64,193.39 |
| 08/07/19 | 004003 | DAVID SEROR Brutzkus Gubner Rozansky Seror Weber LLP 21650 OXNARD STREET., ST 500 WOODLAND HILLS, CA 91367 | ATTORNEY FEES @02/08/19 -[D58-] FIRST & FINAL APPLICATION FOR COMPENSATION OF FEES | 3210-000 | | 20,574.50 | 43,618.89 |
| 08/07/19 | 004004 | DAVID SEROR Brutzkus Gubner Rozansky Seror Weber LLP 21650 OXNARD STREET., ST 500 WOODLAND HILLS, CA 91367 | ATTORNEYS EXPENSES @02/08/19 FIRST & FINAL APPLICATION FOR COMPENSATION OF EXPENSES - D58- | 3220-000 | | 800.74 | 42,818.15 |
| 08/07/19 | 004005 | SLBIGGS, A Division of SingerLewak 10960 Wilshire Blvd., 7th Floor Los Angeles, CA 90024 | ACCOUNTANT'S FEES @12/10/18 FINAL APPLICATION FOR COMPENSATION  -  [D.57] | 3410-000 | | 15,494.00 | 27,324.15 |
| 08/07/19 | 004006 | SLBIGGS, A Division of SingerLewak | ACCOUNTANT'S EXPENSES | 3420-000 | | 309.38 | 27,014.77 |

Page Subtotals        71,204.28        44,189.51

Ver: 22.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

**Exhibit 9**

| | |
|---|---|
| Case No: | 16-19418 -ER |
| Case Name: | TKLB, LLC |
| | |
| Taxpayer ID No: | 27-0938686 |
| For Period Ending: | 09/10/19 |

| | |
|---|---|
| Trustee Name: | ROSENDO GONZALEZ |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0063  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 10960 Wilshire Blvd., 7th Floor<br>Los Angeles, CA 90024 | @12/10/18 FINAL APPLICATION FOR COMPENSATION  -  [D.57] | | | | |
| 08/07/19 | 004007 | STATE OF CALIFORNIA BANKRUPTCY SECTION MS A340 FRANCHISE TAX BOARD PO BOX 2952 SACRAMENTO CA 95812-2952 | Claim 000016, Payment 100.00000% TAX CREDIT | 2820-000 | | 2,649.10 | 24,365.67 |
| 08/07/19 | 004008 | Shamrock Foods Company 2540 N. 29th Ave. Phoenix, AZ 85009 | Claim 000001A, Payment 45.53459% | 5200-000 | | 4,493.13 | 19,872.54 |
| 08/07/19 | 004009 | Pacific Castle Newport I, LLC, et al. c/o Ronald Brown, Jr. Esq. 901 Dove St., #120 Newport Beach, CA 92660 | Claim 000012A, Payment 45.53453% | 5200-000 | | 19,872.54 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 71,204.28 | 71,204.28 | 0.00 |
| Less:  Bank Transfers/CD's | 71,204.28 | 0.00 | |
| Subtotal | 0.00 | 71,204.28 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 71,204.28 | |

Page Subtotals                    0.00              27,014.77

Ver: 22.02b

**FORM 2**

Page:   3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:      16-19418 -ER
Case Name:   TKLB, LLC

Taxpayer ID No:   27-0938686
For Period Ending:   09/10/19

Trustee Name:   ROSENDO GONZALEZ
Bank Name:   UNION BANK
Account Number / CD #:   *******8362  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/16 | 1 | WELLS FARGO | | 1129-000 | 3.00 | | 3.00 |
| 12/30/16 | 6 | STATE OF CALIFORNIA | REFUND | 1224-000 | 6,800.00 | | 6,803.00 |
| 02/15/17 | 003001 | PAYDAY PAYROLL SERVICE<br>625 THE CITY DRIVE, #250<br>ORANGE, CA 92866 | PAYROLL SERVICES<br>INVOICE #185993<br>PER ORDER D144 ENTERED 03/14/2017<br>PER ORDER D144 ENTERED 03/14/2017 | 2990-000 | | 377.50 | 6,425.50 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,410.50 |
| 03/21/17 | 003002 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST. SUITE #420<br>NEW ORLEANS, LA 70139 | BOND PAYMENT<br>CHAPTER 7 BLANKET BOND - TERM 01/06/17 -<br>01/06/18 | 2300-000 | | 3.63 | 6,406.87 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,391.87 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,376.87 |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,361.87 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,346.87 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,331.87 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,316.87 |

Page Subtotals          6,803.00          486.13

Ver: 22.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 16-19418 -ER |
|---|---|
| Case Name: | TKLB, LLC |
| Taxpayer ID No: | 27-0938686 |
| For Period Ending: | 09/10/19 |

| Trustee Name: | ROSENDO GONZALEZ |
|---|---|
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8362  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,301.87 |
| 10/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,286.87 |
| 11/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,271.87 |
| 12/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,256.87 |
| 01/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,241.87 |
| 02/02/18 | 003003 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST. SUITE #420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | 4.44 | 6,237.43 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 6,222.43 |
| 07/24/18 | 003004 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST. SUITE #420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | 0.59 | 6,221.84 |
| 08/24/18 | 5 | ABC ESCROW | PAYMENT ON SETTLEMENT | 1229-000 | 65,000.00 | | 71,221.84 |
| 09/25/18 | 003005 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST. SUITE #420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | 5.89 | 71,215.95 |
| 11/13/18 | 003006 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST. SUITE #420 NEW ORLEANS, LA 70139 | BOND PAYMENT | 2300-000 | | 11.67 | 71,204.28 |

| | Page Subtotals | 65,000.00 | 112.59 |
|---|---|---|---|

Ver: 22.02b

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-19418 -ER | |
| Case Name: | TKLB, LLC | |

| | |
|---|---|
| Trustee Name: | ROSENDO GONZALEZ |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8362  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | 27-0938686 |
| For Period Ending: | 09/10/19 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/01/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 71,204.28 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 71,803.00 | 71,803.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 71,204.28 | |
| Subtotal | 71,803.00 | 598.72 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 71,803.00 | 598.72 | |

| | | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********0063 | 0.00 | 71,204.28 | 0.00 |
| Checking Account (Non-Interest Earn - ********8362 | 71,803.00 | 598.72 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 71,803.00 | 71,803.00 | 0.00 |
| | =========== | =========== | =========== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Trustee's Signature: | /s/    ROSENDO GONZALEZ | Date: |
| | ROSENDO GONZALEZ | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 71,204.28 |

Ver: 22.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*